IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Burnham, Tony M

Printed: 10/29/08

Case Number: 05 B 32554
Judge: Goldgar, A. Benjamin
Filed: 8/17/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: October 16, 2008
Confirmed: September 27, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 3,619.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 1,208.11 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,194.00 |
| Trustee Fee: |  | 197.89 |
| Other Funds: |  | 19.00 |
| Totals: | 3,619.00 | 3,619.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,194.00 | 2,194.00 |
| 2. | Illinois Dept Of Employment Sec | Unsecured | 383.60 | 907.34 |
| 3. | Nicor Gas | Unsecured | 127.16 | 300.77 |
| 4. | SBC | Unsecured |  | No Claim Filed |
| 5. | Comcast Digital Phone | Unsecured |  | No Claim Filed |
| 6. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 7. | Crete Monee School District 201 | Unsecured |  | No Claim Filed |
| 8. | John A Benedetto DDS | Unsecured |  | No Claim Filed |
| 9. | AT&T | Unsecured |  | No Claim Filed |
| 10. | Brittany Woods Apt | Unsecured |  | No Claim Filed |
| 11. | Wisconsin Department of Revenu | Unsecured |  | No Claim Filed |
|  |  |  | $ 2,704.76 | $ 3,402.11 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 31.66 |
| 5% | 7.90 |
| 4.8% | 15.12 |
| 5.4% | 110.85 |
| 6.5% | 32.36 |
|  | $ 197.89 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Burnham, Tony M

Printed: 10/29/08

Case Number:  05 B 32554
Judge:  Goldgar, A. Benjamin
Filed:  8/17/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

